# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-3964

_____

James Brooks,                          *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
      v.                               *   District Court for the
                                       *   Eastern District of Missouri.
Normandy Middle School; John           *
Fredrics,                              *         [UNPUBLISHED]
                                       *
            Appellees.                 *

_____

Submitted:  March 4, 1997

Filed:  March 7, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

James Brooks appeals the district court's[1] dismissal without prejudice of his employment discrimination action for failure to obtain a right-to-sue letter.  Having reviewed the record and the parties' briefs, we conclude that the judgment of the district court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.